1  Nancy Porter, Esq. (NV Bar #3837)
   Goicoechea, Di Grazia, Coyle & Stanton, Ltd.
2  530 Idaho Street
    Elko, NV 89801
3  775-738-8091
   nancyporter@elkolawyers.com
4  Attorneys for Plaintiff/Counterdefendants

5  Richard Williamson, Esq. (NV Bar #9932)
   Samantha Reviglio, Esq. (NV Bar #14258)
6  Robertson, Johnson, Miller & Williamson
   50 West Liberty Street, Suite 600
7  Reno, NV 89501
   775-329-5600
8  rich@nvlawyers.com
   samantha@nvlawyers.com
9  Attorneys for Defendants/Counterclaimants

UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JULIE KEY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOHN F. WITZEL, JR.; STEENS MOUNTAIN PACKERS, an Oregon domestic corporation; HELI-STEENS; and FRENCHGLEN BLACKSMITHS,<br><br>　　　　Defendants.　　／<br><br>JOHN F. WITZEL, JR., an individual; STEENS MOUNTAIN PACKERS, INC., an Oregon corporation; and COLTON WITZEL, an individual,<br><br>　　　　Counterclaimants,<br><br>v.<br><br>JULIE KEY, an individual; PINE GROVE FARMS, INC., a Nevada corporation; and ROYAL PEACOCK OPAL MINES, INC., a Nevada corporation,<br><br>　　　　Counterdefendants.　　／ | Case No.: 3:21-cv-00188-LRH-WGC<br><br>**STIPULATED MODIFIED DISCOVERY PLAN AND SCHEDULING ORDER (FIRST MODIFICATION)** |

Pursuant to Federal Rules of Civil Procedure 16(b)(4) and 26(f) and LR IA 6-1,

-1-

Plaintiff/Counterdefendants (hereinafter "Plaintiff") and Defendants/Counterclaimants (hereinafter "Defendants"), by and through their respective counsel, stipulate to extend the discovery deadlines in this case as set forth herein. As required by LR 26-4, the parties provide the following information which they assert demonstrate "good cause" for granting the parties' Stipulated Motion:

1. A need has arisen to extend the previously agreed-upon deadlines established in the Stipulated Discovery Plan and Scheduling Order. The parties have been working diligently in conducting discovery; however, Defendants objected to several of Plaintiff's Requests for Production of Documents. The parties, through counsel, were able to resolve those issues without court intervention. Both parties have now produced thousands of pages of documents pursuant to discovery requests, rendering the current discovery plan no longer realistic.

2. The parties, through counsel, discussed a 90-day extension. However, for personal reasons of defense counsel (known to and accepted by Plaintiff), the extension of time would need to be 30 days or 180 days. Both parties agree that 30 days will not be long enough.

3. During the anticipated extension of time, the parties have agreed to participate in mediation in an attempt to save time, money, and judicial resources and seek potential resolution. The parties hope to do so before the end of March 2022.

Based on the foregoing, the parties stipulate as follows:

1. <u>Discovery Cut Off Date</u>. The parties request a 180-day extension of the discovery period from February 22, 2022, the current close of discovery. The discovery period would, therefore, close on **August 22, 2022.** (August 21, 2022, which is 180 days from February 22, 2022, is a Sunday.)

2. <u>Expert Witness Disclosures</u>**.** Plaintiff has disclosed an expert witness to Defendants, but does not yet have the expert's report because of the large volume of documents disclosed. The parties request that the disclosure of Plaintiff's expert witness report, and the disclosure by either party of any additional expert witnesses, be extended until 60 days before the new

discovery deadline of August 22, 2022, which is **June 23, 2022.** The disclosures of any rebuttal experts shall be due 30 days after the initial disclosure of experts: **July 25, 2022**. (July 23, 2022 is a Saturday.) The requirements of Fed. R. Civ. P. 26(a)(2)(B) shall apply to any such disclosures.

      3. <u>Dispositive Motions</u>. Dispositive motions shall be filed not later than 30 days after the discovery cut-off date: **September 21, 2022.**

      4. <u>Pretrial Order</u>. The Joint Pretrial Order shall be filed not later than 30 days after the date set for filing dispositive motions: **October 21, 2022.**

      5. <u>Other Provisions</u>**.** All other provisions of the Stipulated Discovery Plan and Scheduling Order, not in conflict herewith, shall remain in full force and effect.

Dated this 14th day of January, 2022.

    Goicoechea, Di Grazia,
    Coyle & Stanton, Ltd.
    530 Idaho Street
    Elko, NV 89801
    775-738-8091

/s/ Nancy Porter
NANCY PORTER, Esq.
Plaintiff's Attorneys

Dated this 14th day of January, 2022.

    Robertson, Johnson,
    Miller & Williamson
    50 West Liberty Street, Ste. 600
    Reno, NV 89501
    775-329-5600

/s/ Samantha J. Reviglio
RICHARD D. WILLIAMSON, Esq.
SAMANTHA J. REVIGLIO, Esq.
Defendants' Attorneys

IT IS SO ORDERED.

Dated this 14th day of January, 2022.

_William G. Cobb_
U.S. MAGISTRATE JUDGE