1  NANCY PORTER, ESQ. (NV Bar #3837)
   Goicoechea, Di Grazia, Coyle & Stanton, Ltd.
2  530 Idaho Street
   Elko, NV 89801
3  (775) 738-8091
   nancyporter@elkolawyers.com
4

UNITED STATE DISTRICT COURT

IN AND FOR THE DISTRICT OF NEVADA

JULIE KEY,

        Plaintiff,

v.                                    3:21-cv-00188-LRH-CSD

JOHN F. WITZEL, JR.; STEENS
MOUNTAIN PACKERS, an
Oregon domestic corporation;
HELI-STEENS and FRENCHGLEN          **STIPULATED MODIFIED DISCOVERY**
BLACKSMITHS,                        **PLAN AND SCHEDULING ORDER**
                                    **(SECOND MODIFICATION)**

        Defendants.

JOHN F. WITZEL, JR., an individual;
STEENS MOUNTAIN PACKERS, INC.,
an Oregon corporation; and COLTON
WITZEL, an individual,

        Counterclaimants,

v.

JULIE KEY, an individual; PINE GROVE
FARMS, INC., a Nevada corporation; and
ROYAL PEACOCK OPAL MINES, INC.,
a Nevada corporation,

        Counterdefendants.   /

      Plaintiff JULIE KEY (hereinafter "KEY") and Defendants JOHN F. WITZEL, JR., STEENS MOUNTAIN PACKERS, INC.; HELI-STEENS; and FRENCHGLEN BLACKSMITHS (hereinafter collectively "DEFENDANTS") hereby stipulate:

      1. KEY has retained an expert witness and timely provided to DEFENDANTS all required information regarding her expert, with the exception of his report. KEY has still been unable to

-1-

obtain the expert's report because she did not have all of the discovery that she requested and that the expert needed. His report, pursuant to the current order, is due June 23, 2022.

2. On June 22, 2022 DEFENDANTS provided to KEY the remaining financial records that KEY's expert needs to complete his report. He can have his report completed by July 22, 2022.

3. **LR 26-3(a). Discovery completed to-date.**

| Date | Document |
|---|---|
| June 4, 2021 | PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO NRCP (sic) 16.1 |
| June 4, 2021 | DEFENDANTS' AND COUNTERCLAIMANTS' FRCP 26 INITIAL DISCLOSURE STATEMENT |
| August 4, 2021 | PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS |
| September 14, 2021 | COUNTERCLAIMANTS' FIRST SET OF REQUESTS FOR PRODUCTION TO COUNTERDEFENDANTS |
| September 14, 2021 | DEFENDANTS' RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS |
| October 25, 2021 | STIPULATION AND ORDER FOR PROTECTIVE ORDER GOVERNING DISCLOSURE OF CONFIDENTIAL INFORMATION |
| November 3, 2021 | DEFENDANTS' FIRST SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS |
| December 21, 2021 | PLAINTIFF'S/COUNTERDEFENDANTS' SECOND REQUEST FOR PRODUCTION OF DOCUMENTS |
| January 3, 2022 | DEFENDANTS' EXPERT WITNESS DISCLOSURE PURSUANT TO F.R.C.P. 26 (a)(2) |
| January 6, 2022 | PLAINTIFF'S/COUNTERDEFENDANTS' DISCLOSURE OF EXPERT WITNESS (All required information, with the exception of the expert's report, was disclosed.) |
| January 14, 2022 | STIPULATED MODIFIED DISCOVERY PLAN AND SCHEDULING ORDER (FIRST MODIFICATION) |
| January 18, 2022 | [PLAINTIFF'S] SECOND SUPPLEMENTAL DISCLOSURES PURSUANT TO FRCP 26 |
| February 4, 2022 | DEFENDANTS' RESPONSES TO PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS |

| | | |
|---|---|---|
| February 4, 2022 | | DEFENDANTS' AND COUNTERCLAIMANTS' FRCP 26 THIRD SUPPLEMENTAL DISCLOSURE STATEMENT |
| February 4, 2022 | | DEFENDANTS' SECOND SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS |
| March 4, 2022 | | DEFENDANTS' AND COUNTERCLAIMANTS' FRCP 26 FOURTH SUPPLEMENTAL DISCLOSURE STATEMENT |
| March 4, 2022 | | DEFENDANTS' AND COUNTERCLAIMANTS' FIFTH FRCP 26 SUPPLEMENTAL DISCLOSURE STATEMENT |
| May 11, 2022 | | Deposition of John F. Witzel, Jr. |
| May 12, 2022 | | Deposition of Julie Key |
| May 18, 2022 | | [PLAINTIFF'S] THIRD SUPPLEMENTAL DISCLOSURE PURSUANT TO FRCP 26 |
| May 20, 2022 | | COUNTERCLAIMANTS' SECOND SET OF REQUESTS FOR PRODUCTION TO COUNTERDEFENDANTS |
| June 17, 2022 | | COUNTERCLAIMANTS' THIRD SET OF REQUESTS FOR PRODUCTION TO COUNTERDEFENDANTS |
| June 17, 2022 | | DEFENDANTS' AND COUNTERCLAIMANTS' FRCP 26 SIXTH SUPPLEMENTAL DISCLOSURE STATEMENT |

**LR 26-3(b). Discovery that remains to be completed.**

1. KEY needs to submit her expert report to DEFENDANTS. DEFENDANTS may have rebuttal experts. DEFENDANTS will also be submitting an additional expert report.

2. Both parties may need to have rebuttal experts.

3. Because many documents have been produced and requested since the parties' deposition, the parties may need to re-depose one another. DEFENDANTS may want to depose KEY's expert witness.

4. DEFENDANTS have two (2) lengthy outstanding document requests that they have submitted to KEY.

5. KEY may have additional document requests.

6. Depositions of other witnesses may be taken.

**LR 26-3(c). Reasons why the deadline was not satisfied.**

KEY's expert needed DEFENDANTS' profit and loss statement for 2019. DEFENDANTS assert that they believed the profit and loss statements for the years 2014-2020 were included in their Second Supplemental Disclosure submitted on November 3, 2021. On June 20, 2022, KEY explained that the CPA needed DEFENDANTS' profit and loss statement for 2019. On June 22, 2022, DEFENDANTS produced that statement to KEY, electronically, in Quickbooks form.

**LR 26-3(d). Proposed schedule for completing all discovery.**

1. <u>EXPERT DISCLOSURES</u>. The parties shall have until July 22, 2022 to submit any additional expert witness disclosures. The parties shall disclose any rebuttal experts no later than 30 days after the disclosure of these contemplated experts, or August 21, 2022, whichever comes first.

2. <u>DISCOVERY DEADLINE</u>. The new discovery deadline is September 22, 2022. Trial has not been set.

DISPOSITIVE MOTION DEADLINE:  October 24, 2022

JOINT PRETRIAL ORDER DEADLINE:  November 23, 2022.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

3. <u>OTHER PROVISIONS</u>. All other provisions of the Stipulated Discovery Plan and Stipulated Modified Discovery Plan, that are not in conflict herewith, shall remain in full force and effect, pending further order of the court.

DATED this 23rd day of June, 2022.

Goicoechea, Di Grazia,
Coyle & Stanton, Ltd.
530 Idaho Street
Elko, Nevada 89801
(775) 738-8091

*/s/ Nancy Porter*
NANCY PORTER, Esq.
Plaintiff's/Counterdefendants' Attorneys

DATED this 23rd day of June, 2022.

Robertson, Johnson,
Miller & Williamson
50 West Liberty Street, Suite 600
Reno, Nevada 89501
(775) 329-5600

*/s/ Samantha J. Reviglio*
RICHARD D. WILLIAMSON, Esq.
SAMANTHA J. REVIGLIO, Esq.
Defendants'/Counterclaimants' Attorneys

IT IS SO ORDERED.

DATED: June 24, 2022

_____
HONORABLE CRAIG S. DENNEY
UNITED STATES MAGISTRATE JUDGE

-5-