# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JULIE KEY,<br><br>                              Plaintiff,<br><br>   v.<br><br>JOHN F. WITZEL, JR., *et al.*,<br><br>                              Defendants. | 3:21-cv-00188-LRH-CSD<br><br>**ORDER**<br><br>Re:  ECF No. 52 |

Before the court is Defendants' Motion Regarding Discovery Dispute (ECF No. 52).

**IT IS HEREBY ORDERED** that a hearing regarding Defendants' Motion Regarding Discovery Dispute (ECF No. 52) is set for **Friday, August 26, 2022, at 10:00 a.m.** The hearing will be conducted by Zoom Video Conference. The parties are directed to contact the courtroom administrator, Karen Walker, at (775) 686-5918 or Karen_Walker@nvd.uscourts.gov, by **Wednesday, August 24, 2022**, to provide the e-mail address of all counsel who will be attending the hearing.

**IT IS FURTHER ORDERED** that Plaintiff shall file a response to Defendants' Motion Regarding Discovery Dispute (ECF No. 52) **on or before close of business on Tuesday, August 23, 2022.**

DATED:  August 22, 2022.

_____
UNITED STATES MAGISTRATE JUDGE