UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JULIE KEY,

                Plaintiff,

    vs.

JOHN F. WITZEL, JR.; STEENS
MOUNTAIN PACKERS, an Oregon
domestic corporation; HELI-STEENS and
FRENCHGLEN BLACKSMITHS,

                Defendants.

JOHN F. WITZEL, JR., an individual;
STEENS MOUNTAIN PACKERS, INC., an
Oregon corporation; and COLTON WITZEL,
an individual,

                Counterclaimants,

    vs.

JULIE KEY, an individual; PINE GROVE
FARMS, INC., a Nevada corporation; and
ROYAL PEACOCK OPAL MINES, INC., a
Nevada corporation,

                Counterdefendants.

Case Number: 3:21-cv-00188-LRH-CSD

**<u>ORDER FOR DISMISSAL WITH
PREJUDICE</u>**

    IT IS HEREBY STIPULATED AND AGREED between Plaintiff/ Counterdefendants

JULIE KEY, an individual, PINE GROVE FARMS, INC., a Nevada corporation and ROYAL

1  PEACOCK OPAL MINES, INC. a Nevada corporation and Defendants/Counterclaimants

2  JOHN F. WITZEL, JR., STEENS MOUNTAIN PACKERS, an Oregon domestic corporation,

3  HELI-STEENS and FRENCHGLEN BLACKSMITHS and COLTON WITZEL, an

4  individual, (collectively, the "Parties"), by and through their respective counsel of record,

5  that the parties have settled all of their claims, the parties have satisfied their obligations under

6  their settlement agreement, and that this action SHALL BE DISMISSED WITH

7  PREJUDICE, with each Party to bear its own attorneys' fees and costs.

8          IT IS SO STIPULATED.

9  Dated this 28th day of October, 2022           Dated this 28th day of October, 2022

10 **MARQUIS AURBACH**                            **ROBERTSON, JOHNSON,**
                                                  **MILLER & WILLIAMSON**

11

12
   By:*/s/Cody S. Mounteer, Esq.*                 By: */s/Richard Williamson, Esq.*
13     Jack C. Juan, Esq.                              Richard Williamson, Esq.
       Nevada Bar No. 06367                            Nevada Bar No. 9932
14     Cody S. Mounteer, Esq.                          Samantha J. Reviglio, Esq.
       Nevada Bar No. 11220                            Nevada Bar No. 14258
15     Jennifer L. Micheli, Esq.                       50 West Liberty Street, Suite 600
       Nevada Bar No. 11210                            Reno, Nevada 89501
16     10001 Park Run Drive
       Las Vegas, Nevada 89145
17                                                     *Attorney for*
       Nancy Porter, Esq.                              *Defendants/Counterclaimants*
18     Nevada Bar No. 3837
       Goicoechea, Di Grazia, Coyle &
19     Stanton, Ltd.
       530 Idaho Street
20     Elko, Nevada 89801

21     *Attorneys for Plaintiff/*
       *Counterdefendants*
22

23         IT IS SO ORDERED.

24         DATED this 1st day of November, 2022.

25

26     _____

27     LARRY R. HICKS
       UNITED STATES DISTRICT JUDGE
28